IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DEBORAH J. HANSEN,<br><br>        Plaintiff,<br><br>v.<br><br>GREENPOINTE MORTGAGE FUNDING, INC., AURORA LOAN SERVICES, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>        Defendants. | ORDER OF VOLUNTARY DISMISSAL<br><br>Case No. 2:10CV356 DAK |

       Pursuant to the Motion for Voluntary Dismissal filed by Plaintiff on October 2, 2010, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

       DATED this 4th day of October, 2010.

                              BY THE COURT:

                              DALE A. KIMBALL
                              United States District Judge